**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6817

DENNIS GENE PAULEY,

Plaintiff - Appellant,

versus

LORETTA SIMMONS GANDEE; KEVIN WAYNE GANDEE;
MICHAEL CLIFFORD, Prosecutor; DAVID L. TUCKER,
Sheriff,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-04-152-2)

Submitted: December 17, 2004        Decided: January 3, 2005

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Gene Pauley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Gene Pauley appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pauley v. Gandee, No. CA-04-152-2 (S.D.W. Va. May 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED